# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**LAURA KOSCHUK, SUZANNE BERGMAN and PAIGE ALLISON**

**Plaintiffs,**

**v.** **Case No. 6:11-CV-1325-Orl-31GJK**

**DISTRICT BOARD OF TRUSTEES OF DAYTONA STATE COLLEGE and KEITH KENNEDY, in his capacity as Dean of Students and Director of Student Services**

**Defendant.**

---

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, LAURA KOSCHUK, SUZANNE BERGMAN and PAIGE ALLISON, and Defendants, DISTRICT BOARD OF TRUSTEES OF DAYTONA STATE COLLEGE, and KEITH KENNEDY, in his capacity as Dean of Students and Director of Student Disability Services, by and through their undersigned counsel and hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own fees and costs.

Dated on this 7th day of September, 2012.

Counsel for Plaintiffs

LAW OFFICES OF MATTHEW W. DIETZ, P.L.
2990 Southwest 35th Avenue
Miami, Florida 33133
Telephone (305) 669-2822
Facsimile (305) 442-4181
Matthewdietz@usdisabilitylaw.com

By: s/ Matthew W. Dietz
Matthew W. Dietz, Esq.
Florida Bar No. 0084905

Counsel for Defendants

ALLEN, NORTON & BLUE, P.A.
1477 W. Fairbanks Ave., Suite 100
Winter Park, FL 32789
Telephone: (407) 571-2152
Facsimile: (407) 571-1496

By: s/ Mark E. Levitt
Mark E. Levitt, Esq.
Florida Bar No.:193190

Marc Charmatz, Esq.
Pro Hac Vice
marc.charmatz@nad.org
Debra Patkin, Esq.
Pro Hac Vice
debra.patkin@nad.org
National Association of the Deaf
Law and Advocacy Center
8630 Fenton Street, Suite 820
T: (301) 587-7732
F: (301) 587-0234

E-Mail: mlevitt@anblaw.com
Shannon L. Kelly, Esq.
Florida Bar No.: 031093
E-Mail: skelly@anblaw.com